AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| SCOTT E. LEVY, ROSEN HYUNDAI ENTERPRISES, LLC, and ROSEN HYUNDAI OF KENOSHA, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFREY M. ROSEN, FOUR KEYS, LLC, ROSEN HYUNDAI, LLC, JMROSEN, LLC, and ROSEN FORD, LLC <br><br> *Defendant(s)* | Civil Action No.  3:24-cv-719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeffrey M. Rosen
654 Westgate Road
Deerfield, IL 60015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan Herzog
Patzik, Frank & Samotny Ltd.
200 S Wacker Drive, Suite 2700
Chicago, IL 60606
jherzog@pfs-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/16/24                                                                s/L. Kamke, Deputy Clerk
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| SCOTT E. LEVY, ROSEN HYUNDAI ENTERPRISES, LLC, and ROSEN HYUNDAI OF KENOSHA, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFREY M. ROSEN, FOUR KEYS, LLC, ROSEN HYUNDAI, LLC, JMROSEN, LLC, and ROSEN FORD, LLC <br><br> *Defendant(s)* | Civil Action No. 3:24-719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Four Keys, LLC
5505 S. 27th Street
Milwaukee, WI 53221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan Herzog
Patzik, Frank & Samotny Ltd.
200 S Wacker Drive, Suite 2700
Chicago, IL 60606
jherzog@pfs-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/16/24                                            s/L. Kamke, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| SCOTT E. LEVY, ROSEN HYUNDAI ENTERPRISES, LLC, and ROSEN HYUNDAI OF KENOSHA, LLC <br><br> *Plaintiff(s)* <br> v. <br> JEFFREY M. ROSEN, FOUR KEYS, LLC, ROSEN HYUNDAI, LLC, JMROSEN, LLC, and ROSEN FORD, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-719 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Rosen Hyundai, LLC
5505 S. 27th Street
Milwaukee, WI 53221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan Herzog
Patzik, Frank & Samotny Ltd.
200 S Wacker Drive, Suite 2700
Chicago, IL 60606
jherzog@pfs-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/16/24

s/L. Kamke, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| SCOTT E. LEVY, ROSEN HYUNDAI ENTERPRISES, LLC, and ROSEN HYUNDAI OF KENOSHA, LLC <br><br> *Plaintiff(s)* <br> v. <br> JEFFREY M. ROSEN, FOUR KEYS, LLC, ROSEN HYUNDAI, LLC, JMROSEN, LLC, and ROSEN FORD, LLC <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JMRosen, LLC
5505 S. 27th Street
Milwaukee, WI 53221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan Herzog
Patzik, Frank & Samotny Ltd.
200 S Wacker Drive, Suite 2700
Chicago, IL 60606
jherzog@pfs-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/16/24                                s/L. Kamke, Deputy Clerk
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| SCOTT E. LEVY, ROSEN HYUNDAI ENTERPRISES, LLC, and ROSEN HYUNDAI OF KENOSHA, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFREY M. ROSEN, FOUR KEYS, LLC, ROSEN HYUNDAI, LLC, JMROSEN, LLC, and ROSEN FORD, LLC <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rosen Ford, LLC
5505 S. 27th Street
Milwaukee, WI 53221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordan Herzog
Patzik, Frank & Samotny Ltd.
200 S Wacker Drive, Suite 2700
Chicago, IL 60606
jherzog@pfs-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/16/24

s/L. Kamke, Deputy Clerk
*Signature of Clerk or Deputy Clerk*